# Exhibit F

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS


BAYER CROPSCIENCE LP and        )
MONSANTO TECHNOLOGY LLC,        )
                                )
            Plaintiffs,         )
                                )
-vs-                            )   CASE NO. 5:21-cv-00070-H
                                )
TEDDY WILLIS,                   )
                                )
            Defendant.          )



DEPOSITION OF TEDDY LYNN WILLIS

TAKEN ON BEHALF OF THE PLAINTIFFS

IN OKLAHOMA CITY, OKLAHOMA

ON MARCH 3, 2022



REPORTED BY:  TRENA K. BLOYE, CSR

Teddy Willis                                                    March 2, 2022

Page 31

1    months roughly?

2        A   Yes.

3        Q   When you would go do those inspections would

4    you look at those fields and make a report that says, I

5    have located an Enlist cotton field that could be a

6    potential source of drift damage?

7        A   No.  I just take back the photos and everything

8    and sent it to the guy in Minnesota, which I can't even

9    remember his name.  I mean, it was --

10       Q   So you wouldn't -- your job was to look at the

11   field that was damaged.  I'm just trying to figure out,

12   did they say, Hey, canvas the area, make a determination

13   of what the neighboring fields were?  Was that part of

14   your job?

15       A   No, sir.

16       Q   They wouldn't have -- Dow would not have you

17   make any determination of potential sources of drift?

18       A   I was not supposed to talk about any sources.

19   They just wanted me to go inspect.

20       Q   The field was allegedly damaged?

21       A   Yes, sir.

22       Q   Okay.  You say you purchased the West Texas

23   Seed and Delinting in, I think, 2019; is that right?

24       A   Yes, sir.

25       Q   And why did you decide to buy that facility?

Teddy Willis                                            March 2, 2022

Page 39

1      Q    They were the listing agent for the Grays?

2      A    Yes, sir.

3      Q    And did you tell them, Hey, keep it for sale,

4   I'll sell it if I can?

5      A    Yes, sir.

6      Q    What is the list price that you have?

7      A    $1.2 million.

8      Q    What year did you start operating as a delinter

9   at that facility?

10     A    Twenty.  2020.

11     Q    You bought the facility in July 2019 but did

12  not start delinting until 2020?

13     A    Yes, sir.

14     Q    And what time in 2020?  After the first of the

15  year?

16     A    No, sir.

17     Q    When in 2020?

18     A    In April.

19     Q    Did you have any experience delinting

20  cottonseed?

21     A    No, sir.  I've been around it, but not --

22     Q    You had been around it, but you had not had any

23  experience yourself?

24     A    Correct.

25     Q    All right.  Did you employ somebody or have

Teddy Willis                                          March 2, 2022

Page 56

1     Q    Are you going to delint in 2022?

2     A    Probably not.

3     Q    The -- explain to me the delinting process in

4   terms of the timing of the year.  Do you delint

5   cottonseed right before the farmers are going to plant

6   it or do you delint it in advance and they store it

7   before planting?

8     A    I usually delint right before it starts.

9     Q    And the records that you keep, do you keep --

10  do you invoice your customers for delinting?

11    A    No, sir.

12    Q    It's a cash deal?

13    A    No.  They write a check.

14    Q    They write a check?  Okay.

15         Is there any documentation that you create for

16  them, a receipt, an invoice, anything like that?

17    A    No, sir.  We just go by what the weight of what

18  came in.

19    Q    And are you at the scale when somebody comes

20  in?

21    A    No, sir.  I don't -- the scales don't work.

22    Q    So how do you -- how do you know what the

23  tonnage is?

24    A    The trucks that came in give me a copy of when

25  they scaled out.

Teddy Willis                                        March 2, 2022

Page 57

1      Q    Okay.  And do you keep those records?

2      A    Of the truck weights?

3      Q    Yes.

4      A    No.  I just write down and -- how many tons.

5      Q    Yeah.  I'm trying to figure out how you keep

6    record of this.  So a truck comes in and they show you a

7    scale ticket?

8      A    Yes, sir.

9      Q    And then you do what?

10     A    I write down on a piece of paper.

11     Q    Do you have a notebook or something that you

12   use?

13     A    Oh, I usually write it down on just a blank

14   piece of paper they might pick up.

15     Q    So you know how much fuzzy seed has come into

16   the facility for a particular farmer?

17     A    Right.

18     Q    And what happens next in the process?

19     A    On how I delint?

20     Q    Yes, sir.

21     A    I start bringing it from where it's stored at

22   to the plant.  Beforehand the plant is completely

23   cleaned, and then start delinting.

24     Q    So you're not at the facility all the time;

25   correct?

Teddy Willis                                          March 2, 2022

Page 58

1       A    That is correct.

2       Q    So how do you -- how do you set up a delinting

3   event for a particular customer?  They call you and tell

4   you, "I'm bringing seed in," or how does that work?

5       A    Yeah, sometimes.  Sometimes I -- I'll get a

6   call from somebody going, like, we're bringing seed in.

7   I go -- I don't know who -- because nobody has called

8   me.  But 99 percent of the time, you know, the farmer

9   has called to ask me if they can delint.

10      Q    And then you set up a time to meet them?

11      A    No.  They just -- the truck -- they said, "The

12  truck will call you when they're headed your way."

13      Q    Do you ever pick up seed for a grower?

14      A    I've only picked up a seed for one grower.

15      Q    Who is that?

16      A    Nathan Bednarz.

17      Q    Bednarz?  B-e-d-n-a-r-z?

18      A    Yes, sir.

19      Q    Where did you pick up his seed?

20      A    Wilson.

21      Q    Is that a gin?

22      A    Yes, sir.  Texas Star Coop.

23      Q    That's where Mr. Bednarz gins his cotton?

24           MR. OUBRE:  Objection to form.  You can

25  answer.

Teddy Willis                                    March 2, 2022

Page 59

1     A   I'm assuming.  That's where -- that's where I

2   picked up the trailer, so, yes.  I don't know if that's

3   the only place, but that's where I -- he asked me to

4   take a trailer out there, because I don't have many

5   trailers and most of them are just junk.  And that was

6   the only time that I took it out there that it was 5,000

7   pounds.

8     Q   (By Mr. Cox) What year was that?

9     A   2020.

10    Q   And you say you took a trailer there.  You took

11  a trailer to Texas Star Cotton?

12    A   Gin, yeah.

13    Q   And where is that?

14    A   Wilson.

15    Q   Wilson, Texas?  And was the seed in bulk when

16  you brought the trailer there?

17    A   Yes, sir.

18    Q   And how did the trailer get filled?

19    A   I'm not -- I guess it -- they filled it at the

20  gin I'm assuming.  I just a took the trailer out there

21  and left it.

22    Q   Okay.

23    A   Then when they had it full they called me,

24  like, a week later.

25    Q   Did they -- was the -- did you get any

Teddy Willis                                           March 2, 2022

Page 61

1      Q    And Mr. Bednarz was a customer of yours in 2020

2    and 2021?

3      A    Yes, sir.

4      Q    Does he still have seed at your facility?

5      A    Yes, sir.

6      Q    Is it seed that was previously delinted in

7    2021?

8      A    No, sir.

9      Q    Bulk seed?

10     A    Yes, sir.

11     Q    So you delinted for Bednarz in 2020?

12     A    Yes.

13     Q    You delinted for Bednarz is 2021.  And you have

14   bulk seed owned by Mr. Bednarz from what growing season?

15          MR. COX:  Objection to form.  You can

16   answer.

17     A    It was 2021 planting year.

18     Q    (By Mr. Cox) Okay.  So in 2021 you delinted

19   some of his seed and some of it you still have there in

20   bulk?

21     A    No.  He brought in new for this year.

22     Q    Okay.  From 2021?

23     A    It's from his crop from 2021.

24     Q    Got it.  Understood.  The seed that you

25   delinted for him in 2020 was from 2019 seed?

Teddy Willis                                    March 2, 2022

Page 62

1      A    Right.

2      Q    Is the bulk seed -- so the bulk seed that you

3    have, just so I understand, the bulk seed you have in

4    your facility from Mr. Bednarz is from the -- what

5    growing season is it that you have in bulk?

6               MR. OUBRE:  Objection to form.  You can

7    answer.

8      A    2021.

9      Q    (By Mr. Cox) Okay.  I asked you earlier about

10   the documents that you have, or that you use or you

11   create when you get information about scale tickets or

12   information from the growers.  Do you keep any of those

13   records?

14     A    No, sir.  No weight tickets or anything, no,

15   sir.

16     Q    And you do not separate out -- do you separate

17   out your banking business from -- by your personal

18   banking and your business?

19     A    No, sir.

20     Q    So when fuzzy seed comes to your facility

21   it's -- with the exception of the instance you just

22   described for Mr. Bednarz, fuzzy seed is trucked in or

23   trailered in by your grower, customers, and then you

24   begin the process of shoveling that fuzzy seed into your

25   delinter.  Is that accurate?

Page 63

1      A    Yeah.  Well, that or a skid steer.  If it's in

2    that little-bitty trailer you just have to shovel it.

3      Q    Okay.  And tell me the process and/or the

4    formula, if you will, that you use to delint fuzzy

5    cottonseed?

6      A    Bring it in the facility, put it into the fuzzy

7    pit.  The fuzzy pit has augers.  It's augered into an

8    elevator.  Elevator into, uh -- it's kind of a buffing

9    wheel type.  Out of there it goes back to the elevator,

10   then into a charge cart.  I fill the charge cart up to

11   1,000 to 1200 pounds.  Then the charge cart is rolled

12   into the delinting drum opening, and it's augered into a

13   pressure vessel, delinting drum.

14        And then the doors close and you inject HCL for

15   three minutes and the delinting process starts.  And it

16   stays in the drum for ten minutes.  And then you open

17   the door, you stick a test cup in there with a long

18   stick, pull it out, check to see, make sure it's

19   delinted or not or if it needs more time and you check

20   the temperature, and close it back up until it gets to,

21   like, 145, and the lint is hydrolyzed.  After that --

22     Q    Meaning it's dissolved?

23     A    Hydrolyzed.  It crystalizes it.

24     Q    Okay.

25     A    It's not off of the seed at that point.  After

Teddy Willis                                    March 2, 2022

Page 64

1    it is hydrolyzed you open the door, lift up the drum,

2    dump it in a dump pit and it goes into a buffing reel.

3    And the buffing reel is slotted and the seed is just

4    tumbling on itself and knocking all the hydrolyzed lint

5    off of it.  It's like dust.

6            From that point, after that it goes into a seed

7    bin to a scalper, shaker to take out any trash and small

8    seed.  From there it goes to a gravity table and is

9    separated by weight, density, then it's neutralized with

10   calcium carbonate and goes into a seed bin, then it's

11   put in 2000 pound totes.

12   Q   At the point of the process where it goes to

13   the shaker, you said the trash and the small seed is

14   separated out.  Is that accurate?

15   A   It's more peduncles and sticks and stuff like

16   that coming out of it.

17   Q   And how is that done?  Is there a screen?

18   A   Two sets of screens, slotted and rounds.  There

19   is rounds on the top, and the small seed will fall

20   through the rounds to the sifting screens that are

21   slotted.

22   Q   Where the trash is taken out?

23   A   Yes, sir.

24   Q   So the -- the mature seeds that are larger stay

25   above in the first screening?

Teddy Willis                                        March 2, 2022

Page 65

1       A    On the second.

2       Q    On the second?

3       A    Yes, sir.

4       Q    Okay.  All right.  The smaller -- the smaller

5    seed comes through the --

6       A    Slot.

7       Q    Okay.

8       A    The slotted part.

9       Q    Okay.

10      A    The top ones are just barely bigger than the

11   big seed.  I mean, all the cottonseed.

12      Q    And the smaller seed and the sticks or what we

13   call trash, that stuff does not get -- that's the end of

14   the process for them; correct?

15      A    Yes, sir.

16      Q    And what do you do with them?  They go out the

17   back into a --

18      A    Burn pile.

19      Q    Okay.  And they do not get the neutralizing

20   agent; correct?

21      A    No, no, sir.

22      Q    Okay.  So it's once you have the -- the seed

23   that you said was neutralized by the calcium bicarbonate

24   is the good seed from the process; correct?

25      A    Correct.

Teddy Willis                                          March 2, 2022

Page 66

1      Q    So the fully mature seed.

2      A    (Nods head.)

3      Q    And that's -- that calcium bicarbonate has a

4   blue coloring to it, does it?

5      A    I add an organic blue color to it where you can

6   tell that it's been -- that the calcium carbonate got on

7   there to make sure the seed is neutralized.

8      Q    And at that point when that neutralized

9   delinted seed is complete, you put that in -- you load

10  that into mini bulks?

11     A    Yes, sir, totes.

12     Q    Totes.  White totes?

13     A    Yes, sir.

14     Q    And we've got pictures of those we can talk

15  about.  That seed, then, is ready to go back to the

16  grower for planting; is that correct?

17     A    That is correct.

18     Q    And the immature seed or with the trash is --

19  is that what you refer to as culls?

20     A    Yes, sir.

21     Q    Culls, c-u-l-l-s; correct?

22     A    Yes, sir.

23     Q    So for every -- and is it some -- does that --

24  do those culls get mini bulked as well?

25     A    Yes, sir.

Teddy Willis                                          March 2, 2022

Page 67

1    Q   So for every mini bulk of culls, there is a

corresponding set of seed that is mature, it is

neutralized, and it is ready to go back to the farmer.

4    A   Correct.

5    Q   And the farmers will come and pick up that good

seed.  And do they leave the culls with you or do they

take the culls themselves?

8    A   Some want to take the culls with them and some

of them leave them there.

10   Q   And the ones that are left there, what do you

do with?

12   A   For cattle feed.

13   Q   Do you sell them for cattle feed?

14   A   Yes, sir.

15   Q   And what is the price per mini bulk?

16   A   $45 a ton.

17   Q   So 90 bucks a mini bulk?

18   A   No.  $45 a ton.  May just weigh.  45 to 65 just

depending on -- but it's just weighed out.

20   Q   The weight is different?

21   A   Because it's light --

22   Q   Yeah.

23   A   -- and it takes a lot of capacity.

24   Q   Understood.  And you sell those to cattle

farmers?

Teddy Willis                                          March 2, 2022

Page 69

1      A    Okay.

2      Q    They are, for identification they are labeled

3   IMG_0306 through 0378.  And I will hand this to your

4   lawyer for you and your attorney to look at.  I only

5   have one set of these.

6              MR. OUBRE:  Well, if we could just take a

7   quick break and I will just go make a copy.

8              MR. COX:  Okay.  Yeah.

9              (A break was had from 11:00 to 11:05

10             a.m.)

11     Q    (By Mr. Cox) Okay.  So I've handed you what's

12   Exhibit 3.  Took a break so we can have a copy made.  As

13   I said, these are photos that were taken at the

14   inspection and sampling of your facility.  I don't know

15   the date, but you recall that day; correct?

16     A    Yes, sir.

17     Q    Okay.  So the first couple of pages is the --

18   is the -- from farm road 400; correct?

19     A    Yes, sir.

20     Q    And they show the sale sign we talked about.

21     A    Yes, sir.

22     Q    And I'm not going to ask you questions about

23   all of these, Mr. Willis.  But sort of as we go through

24   them, let's look at 309.

25             Now, one thing that I -- so 309 shows mini

Teddy Willis                                    March 2, 2022

Page 72

1    it, and I think that's row 12 from your -- you know, how

2    you had your rows.  So I think that's just me noting

3    that.  So if anybody is looking at these in the future,

4    that's for our benefit, that's what they are.

5         Q   (By Mr. Cox) All right.  So you have photo 326

6    in front of you?

7         A   Yes, sir.

8         Q   You have -- that is -- it's a bag marked Cull

9    No. 6.

10        A   Yes, sir.

11        Q   The bag is open at the top; correct?

12        A   Correct.

13        Q   And that's not cull, is it?

14        A   Well, I was asked to discard it.

15        Q   Why were you asked to discard it?

16        A   Because it did not meet quality.

17        Q   How many growers asked you to discard?

18        A   One.

19        Q   And who was that?

20        A   Seth Fortenberry.

21        Q   He is your largest seed customer?

22        A   That year, yes, sir.

23        Q   When you say "that year," what do you mean?

24        A   2020.

25        Q   And did you have any conversation with

Teddy Willis                                    March 2, 2022

Page 73

1    Mr. Fortenberry in 2020?

2        A    Yes, sir.

3        Q    And how did that conversation go?

4        A    He said that the seed that's being run right

5    now needs to be discarded because it will not meet

6    quality.

7        Q    When in 2020 did he tell you that?

8        A    In May sometime.  I can't tell you exact date.

9    I'm not going to -- sometime in there.

10       Q    Okay.  So when he said it did not meet quality,

11   what did that -- what did you understand that to mean?

12       A    Well, he's an organic farmer so that meant

13   something was wrong with it.

14       Q    Well, he's not solely an organic farmer.

15       A    I mean, I don't know if he's solely organic or

16   not.

17       Q    How well do you know Mr. Fortenberry?

18       A    Not that -- I mean, not that well.

19       Q    Well, how long have you known him?

20       A    From that point when he started bringing seed?

21   About six months.

22       Q    Okay.  So prior to -- did you know him in 2019?

23       A    No, sir.  I mean, I -- I've probably been in

24   the same room with him, but as far as knowing him, no,

25   sir.

Teddy Willis                                         March 2, 2022

Page 74

1      Q    What business does he have?

2      A    He has a bean processing plant from what I've

3    been told.

4      Q    Did you say a bean processing plant?

5      A    Yes, sir, bean and small grains processing

6    plant.

7      Q    Does he have ownership in any gin that you're

8    aware?

9      A    Not that I'm aware of.

10     Q    When these photos were taken, they would have

11   been taken in -- when we did the sampling, that would

12   have been in 2021; correct?

13     A    That's correct.

14     Q    And he talked to you in May of 2021?

15     A    In May of 2020.

16     Q    So those seeds had been sitting there marked

17   cull for a year-and-a-half when we got there?

18     A    No, sir.  I was asked to mark them, my

19   attorney.  Because I sent him pictures of everything

20   that was supposed to be disposed of, and he told me to

21   mark them with numbers, so that's what I did.

22     Q    So -- and we'll have pictures of actual culls

23   here in a little bit.

24          But as you look at the seed that's in the mini

25   bulk bag on photo 326, that's good-looking, quality seed

Teddy Willis                                      March 2, 2022

Page 75

1    that's ready to be replanted; correct?

2        A    That is correct.

3        Q    And you would admit, would you not, that it

4    would not make financial sense for a grower to bring --

5    to haul seed to you, have you delint it, go through the

6    delinting and bagging process, without knowing what seed

7    it was, whether it was organic or not; right?  It

8    doesn't make sense that he went through this process to

9    you, does it?

10                MR. COX:  Objection to form.  You can

11   answer.

12       A    I don't know what his business is, you know.

13   But, yeah, it really doesn't make a whole lot of sense.

14       Q    (By Mr. Cox) Yeah.  It doesn't make sense that

15   somebody would go through that process of hauling,

16   weighing, delivering to your facility, having you delint

17   it, understanding they are going to pay you for that

18   process, and then call you later and say, Hey, wait a

19   minute, that doesn't -- that doesn't -- it's not

20   organic.

21                MR. OUBRE:  Objection to form.  You can

22   answer.

23       A    Is that a question?

24       Q    (By Mr. Cox) Yeah.  It doesn't make sense, does

25   it, to you?

Page 76

1          MR. OUBRE:  Same objection.  You can

2    answer.

3          A    Well, probably not.  I mean --

4          Q    (By Mr. Cox) It wouldn't be --

5          A    It would be a waste of time and money.

6          Q    Time and money, that's my point.  So these bags

7    were marked by you -- or at least the bag here in photo

8    326 were marked as cull in 2021 --

9          A    Correct.

10         Q    -- before we, Monsanto, came to the facility

11   for the inspection.

12         A    It was marked before the private investigator

13   came and sampled, before the first sampling.

14         Q    Yes, sir.  So when you understand that somebody

15   is coming to your facility to look at seed, had you

16   already been told by Mr. Fortenberry that he didn't want

17   this seed or to mark it as culls?

18         A    Yes, sir.

19         Q    And had he paid you for that delinting?

20         A    No, sir.

21         Q    Is the seed still at your facility?

22         A    No, sir.

23         Q    Where is it?

24         A    It was sold to Alan Kiker.

25         Q    By whom?

Teddy Willis                                    March 2, 2022

                                                    Page 80

 1    seed that were Mr. Fortenberry's that were in the corner

 2    of building 1; correct?

 3        A    Correct.

 4        Q    You knew that was his seed?

 5        A    Yes, sir.

 6        Q    And you knew that he told you that it didn't

 7    meet quality?

 8        A    Yes, sir.

 9        Q    And the placard that you put in there was prior

10    to Monsanto or Monsanto's investigators coming to your

11    facility?

12        A    Correct.

13        Q    Have you ever sampled or tested for organic

14    versus non-organic or for certain traits, seed that

15    comes into your facility for delinting?

16        A    I've sampled and sent to Mississippi State,

17    yes.

18        Q    And what year was that?

19        A    Last year.

20        Q    2021?

21        A    Yes, sir.

22        Q    And that was the only time you did it.  You

23    didn't do it in 2020; correct?

24        A    Correct.

25        Q    Why did you send seed to Mississippi State for

Teddy Willis                                    March 2, 2022

Page 86

1    Monsanto's investigators came to your facility?

2        A    Yes.

3        Q    You did that for their benefit, not yours;

4    correct?

5        A    Correct.

6        Q    And whose seed is this?

7        A    Seth Fortenberry.

8        Q    And when you say did not meet test, you mean he

9    called you and told you it did not pass as organic?

10       A    Did not pass quality.

11       Q    Quality.  Sorry.  Did you do any other type of

12   conditioning or cleaning other than cottonseed at this

13   facility?

14       A    Some small grains and corn.

15       Q    When you say small grains, what are you

16   referring to?

17       A    Like wheat and rye.

18       Q    Anything else?

19       A    Corn.

20       Q    And what do you do with corn?

21       A    Deer corn.

22       Q    You -- what do you do with it, though?  You

23   clean out the trash?

24       A    Yeah.  It's combine run and then it's taking

25   the stalks out.

Teddy Willis                                         March 2, 2022

Page 92

1    will.

2       Q    (By Mr. Cox) Yeah.  And it's known -- I'm

3    assuming you know that if they have non-irrigated ground

4    they are probably more interested in planting cheaper

5    seed on that ground.

6              MR. OUBRE:  Objection to form.  You can

7    answer.

8       Q    (By Mr. Cox) You agree?

9       A    I agree.

10      Q    And why is that?  It might not come up; right?

11             MR. OUBRE:  Objection to form.

12      A    Yes, sir.

13             (Exhibit 4 was marked for identification

14              and made a part of the record.)

15      Q    (By Mr. Cox) Okay.  Mr. Willis, I'm handing you

16   what's been marked as Exhibit 4 to your deposition.  It

17   is a copy of the Original Complaint For Damages and

18   Injunctive Relief that was filed in this case.

19           Do you have that Exhibit 4 in front of you?

20      A    Yes.

21      Q    Have you read that?

22      A    Yes, sir.

23      Q    I want to ask you to turn to paragraph 36 and

24   ask you to read paragraph 36 to yourself, please.

25      A    Okay.

Teddy Willis                                    March 2, 2022

Page 93

1     Q    Do you understand -- well, do you believe that

2     paragraph 36 is correct, is true?

3                MR. OUBRE:  Objection to form.  You can

4     answer if you know.

5     A    Yes, sir.

6     Q    (By Mr. Cox) Would you look at paragraph 37?

7     Paragraph 37 is a -- it's just a one-sentence paragraph.

8     And since it's only one paragraph I'll read it.

9          "An individual planning to save cottonseed from

10    a prior harvest must direct the cotton gin operator to

11    capture specific seed from his harvest by identifying

12    the modules from which the gin is to capture seed."

13    A    Okay.

14    Q    Do you agree with that?  Is that true?

15    A    Yes, sir, to my knowledge.

16    Q    Yeah.  So your knowledge, from your knowledge

17    you know that if somebody wants to -- to capture a

18    certain set of cottonseed from one or more of his farms

19    he needs to -- he needs to identify, either by farm or

20    by module number for the gin, what seed he wants the gin

21    to catch.

22    A    Correct.

23                MR. OUBRE:  Interpose an objection.  Slow

24    down just a little bit.

25    Q    (By Mr. Cox)  Would you take a look at

Teddy Willis                                        March 2, 2022

Page 94

1    paragraph 38 and read it to yourself?

2        A   Okay.

3        Q   Is there anything in paragraph 38 that you

4    disagree with?

5            MR. OUBRE:   Objection to form.   You can

6    answer.

7        A   No, sir.

8        Q   (By Mr. Cox) Other than the sale of culls to

9    Mr. Kiker that you described earlier, have you ever sold

10   cottonseed that was brought to your facility or that was

11   at your facility to anyone else?

12       A   Just the original seed that was there and

13   some -- the culls that was just cull seed.

14       Q   And the cull seed was sold to Mr. Kiker?

15       A   Yes.

16       Q   Okay.

17       A   And then there was some cull seed that was sold

18   for -- to other farmers for -- that were in a dry area.

19   That's it.

20       Q   All right.   Well, let's unpack that a little

21   bit.   How many different growers did you sell cottonseed

22   to?

23       A   Mr. Lusk, Eddie Speer, Michael Rainy, and

24   Mr. Kiker.   I mean, that's all I -- that's all I

25   remember.

Teddy Willis                                        March 2, 2022

                                                        Page 103

1    Mr. Speer?

2         A    He called me.

3         Q    And what did he say?

4         A    Asked if I had seed, and I said, Yes, sir.

5         Q    What kind of seed was he looking for?

6         A    Any type of seed that I had.

7         Q    Did you know that he was looking for Roundup

8    Ready seed?

9         A    No, sir.

10        Q    If he told you that he -- if he -- if he was

11   brought to testify in this case and testified that he

12   told you he was looking for Roundup Ready seed, would

13   that be -- would that be true?

14        A    Yes, sir.

15        Q    And what type of seed did you sell him?

16        A    It was leftover seed from delinting.

17        Q    Did you tell him what type or variety it was?

18        A    No, sir.

19        Q    And whose delinted seed was it?

20        A    Mr. Fortenberry's.

21        Q    Was that part of the leftover seed that was in

22   your facility when Monsanto investigators inspected it?

23        A    No.  Can you explain what you're talking about?

24        Q    Yeah.  You say it was Mr. Fortenberry's seed.

25        A    Yes.

Teddy Willis                                          March 2, 2022

                                                        Page 104

1      Q    We've been talking about Mr. Fortenberry's seed

2   was at your facility.  Is that part of the seed that was

3   there?

4      A    Yes, sir.

5      Q    That Mr. Fortenberry told you did not pass?

6      A    Later on.

7      Q    Okay.  So did Mr. Fortenberry know that you

8   were taking some of the seed and selling it to

9   Mr. Speer?

10     A    No, sir.  It was -- no, sir.

11     Q    And you sold that seed before Mr. Fortenberry

12  told you that it did not pass his test?

13     A    Correct.

14     Q    You didn't tell Mr. Fortenberry you sold that.

15  Is that accurate?

16     A    That is accurate.

17     Q    And did you tell Mr. Speer that he could spray

18  over the top of that seed with glyphosate or Roundup?

19     A    No, sir.

20     Q    Did you let him know that it was Roundup Ready?

21     A    No, sir.

22     Q    What did you tell him he was getting?

23     A    I told him it was conventional, because that

24  was my understanding.

25     Q    Did you know Mr. Speer before he called you?

Teddy Willis                                    March 2, 2022

                                                    Page 136

1   But what I'm just trying to figure out is I asked you

2   questions earlier about Mr. McGehee and what Mr. McGehee

3   said he bought from you.

4          Now I understand what you are telling me now is

5   that you do, in fact, do recall that what Mr. McGehee

6   told me, as I represented to you earlier in the

7   deposition, is true?

8   A    That is 100 percent true, yes.

9   Q    Okay.

10  A    Yes, it is true.  And that's why I -- it is

11  true.

12  Q    Okay.  And where did you get that seed?

13  A    It was some of the fuzzy that was from Seth.

14  Q    And how do you recall that?

15  A    Because that's who I was dealing at that time.

16  Q    So your seed to -- seed that you sold to

17  Mr. Lusk, Mr. Speer, and Mr. McGehee was all from the

18  tonnage of fuzzy seed that was from Mr. Fortenberry?

19  A    Yes.

20  Q    And you sold it to Mr. McGehee for $100 a unit?

21  A    Yes.

22  Q    Did you tell Mr. McGehee that it was Roundup

23  Ready?

24  A    I don't think so, but I may have.  I don't

25  recall what I told Mr. McGehee.