# Exhibit G

**Bober, Matthew S.**

| | |
|---|---|
| **From:** | William Franklin <bfranklin@bdflawfirm.com> |
| **Sent:** | Monday, May 23, 2022 8:42 AM |
| **To:** | Masson, Jeffrey A. |
| **Cc:** | Williams, Nicole L.; Cox, Daniel C.; Bober, Matthew S.; Jeff.Todd@mcafeetaft.com; Chandler Patterson; Don C. Dennis; Orion Hutchin |
| **Subject:** | RE: Notice of Deposition to Non-Party Seth Fortenberry |

**RECEIVED FROM EXTERNAL SENDER - USE CAUTION**

Mr. Masson:

Per our conversation and my letter last week, my client is not agreeable to providing all of the documents requested. We are in the process of preparing a motion to quash. It is my understanding that you have agreed to move the deposition date until such time as we get a ruling on the objections. If that is not correct, please let me know. Likewise, if you have any questions or wish to discuss further please contact me.

Thanks,

Bill

**William A. (Bill) Franklin**
**BOERNER, DENNIS & FRANKLIN, PLLC**
P.O. Box 1738 • Lubbock, Texas 79408
920 Ave. Q • Lubbock, Texas 79401
Telephone: 806.763.0044
Facsimile: 806.763.2084
E-mail: bfranklin@bdflawfirm.com
Website: www.bdflawfirm.com



The information contained in this transmission is privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, then you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, then do not read it. Please immediately reply to the sender that you have received this communication in error, and delete it. Thank you.

IRS Circular 230 Notice - To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message or any attachments is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

**From:** Masson, Jeffrey A. <JMasson@thompsoncoburn.com>
**Sent:** Sunday, May 22, 2022 12:39 PM
**To:** William Franklin <bfranklin@bdflawfirm.com>
**Cc:** Williams, Nicole L. <NWilliams@thompsoncoburn.com>; Cox, Daniel C. <DCOX@thompsoncoburn.com>; Bober, Matthew S. <MBober@thompsoncoburn.com>; Jeff.Todd@mcafeetaft.com; Chandler Patterson <cpatterson@bdflawfirm.com>; Don C. Dennis <dcdennis@bdflawfirm.com>; Orion Hutchin <OHutchin@bdflawfirm.com>
**Subject:** Re: Notice of Deposition to Non-Party Seth Fortenberry

Mr. Franklin,

Please recall, we spoke by phone Thursday May 19 after I received your email and letter from the below attached email.

I understood from our phone conversation that you would be filing a motion to quash the subpoena as you and your client would not agree to produce the records sought with the deposition subpoena. I have not observed the filing of a motion to quash.

Please let me know if your client has changed his intentions and now plans to appear with the records.

Thank you

Sent from Jeff Masson by iPhone

On May 19, 2022, at 4:06 PM, Orion Hutchin <OHutchin@bdflawfirm.com> wrote:

---

**RECEIVED FROM EXTERNAL SENDER - USE CAUTION**

---

Good afternoon Counsel:

Please see the attached with regard to the above-referenced matter.

We appreciate your prompt attention to the same.

Orion

Orion Hutchin
Attorney
BOERNER, DENNIS & FRANKLIN, PLLC
P.O. Box 1738 • Lubbock, Texas 79408
920 Ave. Q • Lubbock, Texas 79401
Telephone:  806.763.0044
Facsimile:  806.763.2084
E-mail:   ohutchin@bdflawfirm.com
Website: www.bdflawfirm.com

2